1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   REX CHAPPELL,

11              Plaintiff,                  No. CIV-S-12-0234 MCE GGH P

12        vs.

13   OFFICER FLEMING, et al.

14              Defendants.            ORDER FOR PAYMENT

15   _____/    OF INMATE FILING FEE

16   To:  Director of the California Department of Corrections and Rehabilitation, 1515 S Street,

17   Sacramento, California 95814:

18              Plaintiff, a state prisoner proceeding in forma pauperis, is obligated to pay the

19   statutory filing fee of $350.00 for this action.  Plaintiff is not assessed an initial partial filing fee.

20   28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty

21   percent of the preceding month's income credited to plaintiff's trust account.  The California

22   Department of Corrections and Rehabilitation is required to send to the Clerk of the Court the

23   payments from plaintiff's prison trust account each time the amount in the account exceeds

24   $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

25              Good cause appearing therefore, IT IS HEREBY ORDERED that:

26              1.  The Director of the California Department of Corrections and Rehabilitation or

1

a designee shall collect monthly payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and forward payments to the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full.  The payments shall be clearly identified by the name and number assigned to this action.

      2.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's signed in forma pauperis affidavit on Director, California Department of Corrections and Rehabilitation, 1515 S Street, Sacramento, California 95814.

      3.  The Clerk of the Court is directed to serve a copy of this order on the Financial Department of the court.

DATED: April 20, 2012

                /s/ Gregory G. Hollows
             UNITED STATES MAGISTRATE JUDGE

ggh:rb
chap0234.cdc