IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                          No. 2:12-cv-0234 MCE GGH P

    vs.

OFFICER FLEMING, et al.,

      Defendants.                 <u>ORDER</u>

          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

          On October 16, 2012, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations filed October 16, 2012, are adopted in full;

3    2. For the reasons given in the court's April 23, 2012 order, Counts Two, Three, Four, Five, Nine, and Ten are dismissed;

3. Defendants F. Foulk; S. Kokkonen; Bryan Kingston; and Bolls are dismissed from this action without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated:  December 20, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE

/chap0234.804(2)