IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                        No. 2:12-cv-0234 MCE AC P

     vs.

OFFICER FLEMING, et al.,

      Defendants.                ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On November 15, 2012, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant A. Murphy was returned unserved because "not listed." Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court is directed to send to plaintiff one USM-285 form,

1

along with an instruction sheet and a copy of the complaint filed August 6, 2012;

    2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant A. Murphy;

    b. Two copies of the endorsed complaint filed August 6, 2012; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: February 1, 2013.

                         ALLISON CLAIRE
                         UNITED STATES MAGISTRATE JUDGE

AC:mp
chap0234.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REX CHAPPELL,

      Plaintiff,                          No.  2:12-cv-0234 MCE AC P

   vs.

B. FLEMING, et al.,                  <u>NOTICE OF SUBMISSION</u>

      Defendants.                  <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____    completed summons form

     __1__    completed USM-285 forms

     __2__    copies of the _August 6, 2012_
                                 Amended Complaint

DATED:

                                                               _____
                                                               Plaintiff