UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL, | No. 2:12-cv-0234 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| OFFICER FLEMING, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 17, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-eight days. Plaintiff has filed objections to the findings and recommendations. Plaintiff has also paid the filing fees.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed May 17, 2013, are adopted in full;

2. Defendants' motion to revoke plaintiff's in forma pauperis status (ECF No. 32) is granted;

3. Plaintiff's in forma pauperis status is revoked;

4. The court's April 23, 2012 order granting plaintiff's motion to proceed in forma pauperis is vacated;

5. Plaintiff's motion for sanctions (ECF NO. 34) is denied; and

6. Defendants shall file their response to plaintiff's complaint within 30 days of the filing date of this order.

Date: July 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT