UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL, | No. 2:12-cv-0234 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| B. FLEMING, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se in this action seeking relief pursuant to 42 U.S.C. § 1983. Plaintiff has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court does not find the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

Plaintiff has also filed his second request for an extension of time to oppose the pending motions to dismiss filed by defendants on July 12, 2013, August 15, 2013, and August 23, 2013. Good cause appearing, the request will be granted. No further extensions of time will be granted.

1

IT IS HEREBY ORDERED that:

1. Plaintiff's request for the appointment of counsel (ECF No. 60) is denied;

2. Plaintiff's request for an extension of time (ECF No. 59) is granted; and

3. Plaintiff is granted forty-five days from the date of this order in which to file oppositions to the pending motions to dismiss.  No further extensions of time will be granted.

DATED: November 6, 2013

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE