UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REX CHAPPELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER FLEMING, et al.,<br><br>　　　　　Defendants. | No. 2:12-cv-0234-MCE-AC P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action. On September 22, 2014, the assigned magistrate judge issued an Order, ECF No. 79, denying Plaintiff's Motion for Appointment of Counsel. On October 15, 2014, Plaintiff filed the instant Motion for Reconsideration. ECF No. 80.

　　　　Local Rule 303(b) states that "[r]ulings by Magistrate Judges . . . shall be final if no reconsideration thereof is sought from the Court within fourteen days . . . from the date of service of the ruling on the parties." Id. Because Plaintiff's Motion for Reconsideration was not filed within fourteen days of the magistrate judge's September 22, 2014, Order, the Motion for Reconsideration is untimely and the magistrate judge's Order is final.

///

///

///

1   Accordingly, Plaintiff's Motion for Reconsideration, ECF No. 80, is DENIED.

2   IT IS SO ORDERED.

3   Dated: October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT